PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>     v.<br><br>JUAN MIGUEL CASTANEDA,<br><br>                            Defendant. | CASE NO.  1:24-CR-26-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

This case is set for a preliminary hearing on January 30, 2024.  The parties agree and stipulate to vacate the preliminary hearing and schedule a change of plea on February 20, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a preliminary hearing on January 30, 2024.

2. By this stipulation, defendant now moves to vacate the preliminary hearing, schedule a change of plea for February 20, 2024**.** and to exclude time between January 30, 2024, and February 20, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

a) The parties have reached a plea agreement in this case and are requesting the earliest available date for a change of plea, on February 20, 2024. During this time, the parties

will discuss and conduct further investigation into pre-indictment matters.

   b) Counsel for defendant desires additional time to consult with his client and conduct further investigation prior to the change of plea.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause." Here, the defendant consents and there is good cause as set forth herein.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of January 30, 2024 to February 20, 2024., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

  IT IS SO STIPULATED.

Dated: January 29, 2024         PHILLIP A. TALBERT
                 United States Attorney

                 /s/ ARIN C HEINZ
                 ARIN C HEINZ
                 Assistant United States Attorney

Dated: January 29, 2024  /s/ KEVIN ROONEY
KEVIN ROONEY
Counsel for Defendant
JUAN MIGUEL CASTANEDA

# FINDINGS AND ORDER

The COURT HEREBY ORDERS:

1) The preliminary hearing date of January 31, 2024, is vacated. The change of plea hearing will be scheduled on February 20, 2024, at 8:30 a.m. before a District Judge.

2) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of January 30, 2024 to February 20, 2024., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

IT IS SO ORDERED.

Dated:  **January 29, 2024**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE