Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, JUAN CASTANEDA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:24-cr-00026-NODJ-BAM |
|---|---|
| Plaintiff, | ) Stipulation and Order To Continue Sentencing Date |
| vs. | ) |
| JUAN CASTANEDA | ) |
| Defendants. | ) |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. Sentencing in this case is currently scheduled for June 5, 2024 and the parties mutually agree to continue that proceeding to August 12, 2024. The continuance is necessary and appropriate for the following reasons.

2. A Probation Interview was conducted on May 14, 2024. Defense counsel was not available for an in-person interview during much of March and April. The interview was accomplished when scheduling allowed for both counsel and the Probation Officer to be

///

1

physically present and for Mr. Castaneda to be transported from the Central Valley Annex facility.

3. The August 12 sentencing date is the earliest date which counsel and the Probation Officer's schedules will allow.

It is so stipulated and agreed.

Dated:  May 24, 2024                                            PHILLIP A. TALBERT,
                                                                United States Attorney


                                                                 s/ Arin Heinz
                                                                Arin Heinz
                                                                Assistant United States Attorney



Dated:  May 24, 2024                                            Respectfully submitted,

                                                                 s/ Kevin Rooney
                                                                KEVIN P. ROONEY
                                                                Attorney for Defendant,
                                                                JUAN CASTANEDA

### ORDER

IT IS SO ORDERED that the sentencing hearing is continued from June 5, 2024, to **August 12, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **May 24, 2024**                                     /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE

2